Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT

**JAN 31 2025**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

Case Number    2:25-CR-00074-MWF

Defendant Number    1

U.S.A.  v.  Peter Tripp Akemann

Year of Birth    1968

☐ Indictment          ☑ Information

Investigative agency (FBI, DEA, etc.)    FBI

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☑ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☐ Felony

b. Date of Offense    1/9/2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

☑ Los Angeles          ☐ Ventura

☐ Orange          ☐ Santa Barbara

☐ Riverside          ☐ San Luis Obispo

☐ San Bernardino          ☐ Other _____

Citation of Offense    18 U.S.C. § 39B

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)    ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

☑ No          ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of
Assignment of Cases and Duties to District Judges, criminal
cases may be related if a previously filed indictment or
information and the present case:

a. arise out of the same conspiracy, common scheme,
transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
entail substantial duplication of labor in pretrial, trial or
sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?    ☐ No    ☑ Yes

IF YES, provide Name:    Glen T. Jonas/Vicki I. Podberesky

Phone Number:    213-683-2033/310-779-5728

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*    ☑ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
☐ Yes*    ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☐ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: _____

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*    ☐ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
☐ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or
Information?
☐ Yes    ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?      ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:

    ☑ All counts

    ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
    18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
    18 USC § 3166(b)(7).

Is defendant a juvenile?      ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud    ☐ tax offenses

☐ environmental issues    ☐ mail/wire fraud

☐ narcotics offenses    ☐ immigration offenses

☐ violent crimes/firearms    ☐ corporate fraud

☑ Other    Unsafe operation of an unmanned aircraft

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

  a. Date and time of arrest on complaint:  Summons 1/31/2025

  b. Posted bond at complaint level on: _____

    in the amount of $ _____

  c. PSA supervision?   ☐ Yes   ☐ No

  d. Is on bail or release from another district:

  _____

Defendant is **in custody**:

  a. Place of incarceration:   ☐ State   ☐ Federal

  b. Name of Institution: _____

  c. If Federal, U.S. Marshals Service Registration Number:

  _____

  d. ☐ Solely on this charge.  Date and time of arrest:

  _____

  e. On another conviction:   ☐ Yes   ☐ No

    IF YES : ☐ State   ☐ Federal   ☐ Writ of Issue

  f. Awaiting trial on other charges:   ☐ Yes   ☐ No

    IF YES : ☐ State   ☐ Federal   AND

    Name of Court: _____

    Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20   _____ 21   _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date _____ 1/31/2025 _____

_signature_

Signature of Assistant U.S. Attorney

Kedar S. Bhatia

Print Name