UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 25-74-MWF**                                                Dated: February 12, 2025
================================================================================

**PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE**

| Rita Sanchez | Amy Diaz | Kedar S. Bhatia |
|---|---|---|
| Courtroom Deputy | Court Reporter | Assistant U.S. Attorney |

================================================================================

U.S.A. vs (Dfts listed below)                        Attorneys for Defendants

1.   Peter Tripp Akemann                         1.   Glen T. Jonas
     Present - Bond                                    Vicki I. Podberesky
                                                       Present - Retained

**PROCEEDINGS:**      **GUILTY PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearance.

Defendant is sworn. Plea agreement is filed. The plea agreement is incorporated and made a part of this proceeding.

Defendant enters a plea of Guilty to the One-Count Information (a misdemeanor). The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea. The Court finds that the defendant, Peter Tripp Akemann, has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea. The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **June 2, 2025**, at **2:00 p.m.**, for sentencing. The Jury Trial is hereby vacated. The defendant and counsel are ordered to return on this date and time for Sentencing.

cc:     USPPO

**Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the**

MINUTES FORM 8                                              Initials of Deputy Clerk  rs
CRIM -- COP & SET SENT                                                                :45

**Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy. Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing. Failure to meet these deadlines is grounds for sanctions.**