February 3, 2025

The Honorable Karen L Stevenson
Roybal Federal Building and Courthouse
255 E. Temple St.
Courtroom 580, 5th Floor
Los Angeles, CA, 90012

KS_Chambers@cacd.uscourts.gov

Re:   **United States of America vs Peter Tripp Akemann
Case 2:25-CR-00074-MWK**

Honorable Judge Stevenson,

I am writing to you in regard to the upcoming sentencing of Mr. Peter T. Akemann, who plead guilty to one count of unsafe operation of an unmanned aircraft during the Palisades fire. I am writing as "friend to the court" to share my expertise as I hold both an airman's certificate and instructor certificate with the FAA.

**I believe that he should be sentenced to some jail time for his reckless actions.**

His actions led to the collision of his drone with a firefighting aircraft called "The Super Scooper", which is considered to be one of the most effective wildfire fighting tools, knocking it out of service for several days. The Palisades Fire ultimately destroyed or damaged nearly 8,000 homes, businesses and other structures and killing at least 12 people.

It is my understanding that Mr. Akermann is one of the founders of game developer Treyarch, currently the president of Skydance Interactive and he holds a PhD in mathematics from UC Berkeley.

Mr. Akermann's employment has been and is in fields that require stringent attention to detail. Without it, the software created would not work well or may not meet the expectations of his target market. That he also holds a PhD shows that he is not a person that one would consider to have intellectual development issues.

Given his line of work, his PhD and being 56 years of age, Mr. Akermann should have known that there were flight restrictions in effect at the time of his flight. If he didn't know, he should have known to check. Failing that, he should have realized that low flying aircraft, in a low visibility environment, would not be able to see or detect his drone. That he seeks to partially blame the manufacturer of his drone for not having geofencing to prevent him from

flying into that area is liken to blaming Best Buy for not having staff at the door to stop him from shoplifting a television. It is an excuse and a deflection of responsibility.

Addressing deflection of responsibility, I am curious if Mr. Akermann self-reported the loss of his drone to authorities or did the investigation of this collision lead law enforcement to his door? If the latter, that would show his true character and the lack of truly accepting responsibility......until he was caught.

As a pilot myself and having had to dodge a drone once, there is nothing more unnerving to the possibility that a drone may collide with my aircraft during its more vulnerable stages, landing or during takeoff. The general consensus in the aviation community is that this is a problem that will only get worse, so a message must be sent.

However, the message currently being sent is that if one can afford to pay for the damages to the aircraft, one can **"get away"** with reckless operation. If one couldn't afford to pay for damages, then the fallout to this type of action is sure to be more severe. This creates a tiered system of justice. Meanwhile there is no doubt that not having that Super Scooper in service helped inflate the number of structures destroyed and damage. What is the restitution to the owners of those properties? 150 hours of community service!

There is a saying that "curiosity killed the cat". Mr. Akermann's curiosity could have killed the pilots on board the plane and anyone on the ground had it crashed. It is for these reasons that I ask that he be given a jail sentence of at least three to six months. The alternative is a "slap on the wrist".  It's time that this issue be taken seriously, some of us pilots don't want to end up dying because of reckless people like Mr. Akermann.

Sincerely,

Raphael Borrero
rafborrero@gmail.com


P.S. Here is a quote written by the great F. Scott Fitzgerald in "The Great Gatsby"

*They were careless people, Tom and Daisy – they smashed up things and creatures and then retreated back into their money or their vast carelessness, or whatever it was that kept them together, and let other people clean up the mess they had made.*

MIAMI FL 330
5 FEB 2025 PM

The Honorable Karen L Stevenson
Roybal Federal Courthouse
255 E. Temple St
Courtroom 580, 5th Floor
Los Angeles CA 90012

FEB 11 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case 2:25-cr-00074-MWF   Document 21   Filed 02/11/25   Page 4 of 4   Page ID #:60