1  Vicki I. Podberesky (SBN 123220)
   vpod@aplaw.law
2  ANDRUES/PODBERESKY
   818 West 7th Street, Suite 960
3  Los Angeles, CA 90017
   Telephone:  (213) 395-0400
4  Facsimile:   (213) 395-0401

5  Glen T. Jonas (SBN 166038)
   glenjonas@aol.com
6  JONAS AND DRISCOLL LLP
   1108 Sartori Avenue, Suite 320
7  Torrance, CA 90501
   Telephone:  (213) 683-2033
8  Facsimile:   (310) 218-2983

9  Attorneys for Defendant
   Peter Akemann

10
11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| 14  UNITED STATES OF AMERICA, | Case No. 25-CR-00074 MWF |
| 15              Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; DECLARATION OF VICKI I. PODBERESKY** |
| 16       vs. | |
| 17  PETER AKEMANN, | Court: Hon. Michael W. Fitzgerald |
| 18              Defendant. | Current Sentencing Date: June 2, 2025 |
| 19 | New Requested Date: September 15, 2025 |

20

21      The defendant Peter Akemann by and through his counsel of record and
22 Plaintiff United States of America by and through its counsel of record, hereby
23 stipulate and agree to continue the sentencing date currently set for June 2, 2025 at
24 2:00 p.m. to September 15, 2025 at 2:00 p.m.
25      1. On January 31, 2025 an Information was filed charging Mr. Akemann with
26 one misdemeanor count of 18 U.S.C. Section 39B(a)(2), (c)(1), recklessly interfering
27 with the operation of an aircraft.
28

1  2. On February 12, 2025, Mr. Akemann entered a plea of guilty to the one count Information and sentencing was set for June 2, 2025 at 2:00 p.m.

3. The parties request this additional time so that Mr. Akemann can provide to U.S. Probation all relevant and necessary supporting documents, as well as to provide defense counsel additional time to document family circumstances and personal history relevant to the defense sentencing position papers. *See* Declaration of Vicki I. Podberesky, attached hereto.

4. This is the first request for a continuance of the sentencing date.

For the foregoing reasons, the parties request the Court continue the sentencing hearing for the Defendant from June 2, 2025 at 2:00 p.m. to September 15, 2025 at 2:00 p.m.

Respectfully submitted,

Dated: April 16, 2025

ANDRUES/PODBERSKY

/s/ Vicki I. Podberesky
By:   VICKI I. PODBERSKY

Dated: April 16, 2025

JONAS AND DRISCOLL, LLP

By:   /s/ Glen T. Jonas
       GLEN T. JONAS

Attorneys for Defendant
PETER AKEMANN

///
///
///

Dated: April 16, 2025

BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

By: /s/ Kedar Bhatia
KEDAR BHATIA
Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## **DECLARATION OF VICKI I. PODBERESKY**

1. I am an attorney duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for Defendant Peter Akemann.

2. Mr. Akemann is currently scheduled to be sentenced on June 2, 2025.

3. My co-counsel, Glen Jonas, and I have been working with Mr. Akemann to collect all necessary financial records and family related information to provide to Probation in connection with the PSR interview. Though we have been working diligently, we need additional time to produce all relevant records. The 45-day disclosure period is approaching and we are thus requesting to continue the sentencing date so as to be able to continue the PSR interview date.

4. Further, counsel need additional time to prepare the sentencing position papers on behalf of Mr. Akemann, including collecting information relevant to family circumstances and Mr. Akemann's personal background for the Court's consideration in determining the appropriate sentence in this case.

5. For these reasons, we are requesting that the sentencing date be continued to September 15, 2025.

I declare that the foregoing is true and correct to the best of my belief and knowledge. Executed this 16th day of April, 2025 in Los Angeles, California.

/s/ Vicki I. Podberesky
VICKI I. PODBERESKY