# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PETER AKEMANN,<br><br>                    Defendant. | Case No. 25_CR-00074 MWF<br><br>**ORDER CONTINUING SENTENCING DATE** |

The Court has considered the parties' Stipulation to Continue Sentencing. (Docket No. 24). For good cause shown, the request is GRANTED. IT IS HEREBY ORDERED that Defendant Peter Akemann's sentencing hearing is CONTINUED from June 2, 2025, to **September 15, 2025, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: April 17, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

cc: USPPO