# EXHIBIT A

September 1, 2025

Hon. Michael W. Fitzgerald
United States District Judge

Your Honor,

I am writing to express to you, to the pilots of the Scooper Aircraft, and to the people of Los Angeles whom were impacted by the wildfires my sincerest remorse and deepest apologies for my conduct.

On January 9, 2025, I launched a small personal drone from a parking structure next to my workplace in Santa Monica, California. It was my intention to fly north to observe the boundary of the burned area from the Palisades fire where we had seen it burn from our office window two days prior. I did this in part out of curiosity and in part out of concern for a friend whose home was reported to be near the edge of the burn area on the map. During the flight, I began to experience signal loss and finally lost contact with the drone altogether and could not determine what happened to it. Originally, I thought that the drone had failed during flight or made a crash landing. It was not until I heard on the news that a drone had collided with a firefighting aircraft that I became concerned that it was possibly my drone that had been involved.

My decision to fly a drone in that time and place was a stupid and reckless thing to do. Though I don't often fly the drone, my curiosity got the better of me that day. I should have recognized that operating a drone anywhere near an active wildfire and rescue operation was irresponsible, regardless of my intention to do no harm. Simple common sense dictated that I should never have put the drone up in the first place.

Since entering professional life in 1995, I have strived to be an upstanding member of the Los Angeles community. I hold an undergraduate degree in Mathematics and a Ph.D. in Mathematics, and for the last 30 years have worked in Los Angeles as a computer game developer. I have co-founded two game development companies which operate to this day and have provided hundreds of jobs for Los Angeles residents. I am a husband and father to four beautiful and intelligent daughters - Kaley age 19, Robin age 18, Megan age 16, and Hazel age 14 - all of whom I am very proud of. This has been a difficult time for them and has increased the amount of stress and anxiety about what our family's future will look like.

In the wake of covid, there have been significant emotional issues over the last several years with members of my family that have required my time and attention. I am the sole financial support for my immediate family and provide emotional and some financial assistance to my parents, Charles and Patricia Akemann, who live nearby in Santa Barbara and are in their 80's. I also have two adopted sisters, Deborah and Shannon, both of whom are disabled and unemployed. My father has been diagnosed with late onset Parkinson's disease and I anticipate that he will require additional care and support in the near future.

As a family our lives are closely connected to our faith, and we are active members of St. John's Presbyterian Church in Los Angeles. I take my faith very seriously and personally dedicate my time to our congregation and serve as an elder in the Church, where I chair our Growing in Faith Commission which focuses on Christian education for youth and adults, and serve on the Budget Committee, as well as singing in the Choir and running Bible adventures in our summer Bible School program.

Since this unfortunate event occurred, I truly have been filled with grief at the pain I have caused members of the community, as well as my family. I apologize, knowing that it is impossible to fully express my remorse and to sufficiently make amends. I have tried to do everything I can to demonstrate my full acceptance of responsibility, including standing before members of my Church and God and admitting my conduct. On February 2, 2025, I shared with members of the Church congregation what I had done. The support and love of my Pastor, members of my church and my family have helped me get this through this very dark time in my life.

I have also increased my efforts to give back to my community. Since March 2025 I volunteer weekly with Blessed Sacrament Food Pantry- a Los Angeles Regional Food Bank provider in West Hollywood. I find the work rewarding and it allows me the comfort of knowing that I am able to personally help those in need.

I have tried to live my life in a responsible manner, being considerate of the impact my actions may have on others. In this instance I failed. I am deeply sorry to all those who were negatively impacted by my actions. I am prepared to accept my punishment and only hope that this Court will consider my family and any impact the sentence imposed will have on them.

Respectfully,

*[signature]*

Peter Akemann