UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.   CR 25-74-MWF                                              Date: September 15, 2025

Present: The Honorable:   Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | ECRO | Kedar S. Bhatia |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Peter Tripp Akemann | ☐ | ☒ | Vicki I. Podberesky/Glen T. Jonas | ☒ | ☐ | ☐ | n/a |

**PROCEEDINGS:**   SENTENCING AND JUDGMENT   ☐ Contested   ☒ Non-Evidentiary
Day \_\_\_ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **XX** Refer to separate Judgment Order.
☐ Imprisonment for   years/months on each of count(s) _____
  Count(s) _____   concurrent/consecutive to count(s) _____
☐ Fine of $_____   is imposed on each of count(s) concurrent/consecutive.
☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
☐ Confined in jail-type institution for _____   to be served on consecutive days/weekends commencing _____
☐ years/months Supervised Release/Probation imposed on count(s)_____
☐ consecutive/concurrent to count(s)_____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

  ☐ Perform _____ hours of community service _____.   fine amounts & times determined by P/O.
  ☐ Serve _____ in a CCC/CT _____ Make $ restitution in amounts & times determined by PO.
  ☐ Participate in a program for treatment of narcotic/alcohol addiction.
Pay ☐ any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  ☐ Other conditions: _____

☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.
☐ Pay $100   per count, special assessment to the United States for a total of $ _____
☐ Imprisonment for _____ months/years and for a study pursuant to 18 USC _____
with results to be furnished to the Court within \_\_\_ days/months whereupon the sentences shall be subject to modification.  This matter is set for further hearing on _____
☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☐ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commis☐.  Processed statement of reasons
☐ Bond Exone☐d upon surrender ☐ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal ☐   Appeal bond set at $ _____
☐ Filed and distributed judgment.  ENTERED.
☐ Other _____

cc: BOP, USPPO, USMS

                                                                                        1:00
                                                **Initials of Deputy Clerk**   rs _____